## Fred F. VAUGHN, Petitioner,

v.

## MERIT SYSTEMS PROTECTION BOARD, Respondent.

### No. 2006–3272.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2006.

Fred F. Vaughn, pro se.

## ORDER

Petitioner having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

## CRAWFISH PROCESSORS ALLIANCE, Louisiana Department of Agriculture & Forestry, and Bob Odom, Commissioner, Plaintiffs–Appellants,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2006–1501.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2006.

## ORDER

Appellant having paid the initial filing fee, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.